IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KYLE RICHARD ENTY,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-CV-5005** |
| : | |
| **COMMISSIONER BRIDGET COLLINS** : | |
| **GREENWALD,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this 2nd day of October, 2024, upon consideration of Plaintiff Kyle Richard Enty's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to add Mayor Cherelle Parker to the docket as a Defendant.

2. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

3. The Complaint is **DEEMED** filed.

4. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

 /s/ Gerald Austin McHugh
**GERALD A. MCHUGH, J.**